## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:25CR-21** |
| **Plaintiff,** | |
| | JUDGE **J. McFARLAND** |
| **v.** | |
| **ROGELIO CUMPLIDO LERDO,** | |
| a/k/a "Rogelio Cumplido-Lerdo," | **INDICTMENT** |
| a/k/a "Rogelio Cumplido," | |
| | **8 U.S.C. § 1326(a), (b)(1)** |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (Reentry of Removed Alien)

On or about November 24, 2024, in the Southern District of Ohio, the defendant,

**ROGELIO CUMPLIDO LERDO a/k/a "Rogelio Cumplido-Lerdo," a/k/a "Rogelio Cumplido,"** an alien, was found in the United States of America at or near Butler County, Ohio after having been previously denied admission, excluded, deported, and removed from the United States on or about February 24, 2015 at or near Laredo, Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto.

**In violation of 8 U.S.C. § 1326(a), (b)(1).**

**A TRUE BILL.**

_____
**GRAND JURY FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

_____
**DANIELLE E. MARGEAUX (OH 0098348)**
**ASSISTANT UNITED STATES ATTORNEY**